IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALFRED TERRY, | § | |
| | § | No. 11, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos: 2006006156, |
| STATE OF DELAWARE, | § | 1905009601A/B, 1803009958B (K) |
| | § | |
| Appellee. | § | |

Submitted: September 3, 2025
Decided: October 3, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 3rd day of October, 2025, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its March 10, 2025 Report After Remand.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] D.I. Report After Remand (filed March 10, 2025).